[Docket Nos. 10 and 15]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| LIBERTY BELL BANK, a New Jersey State Chartered Banking Corporation, | : : : | |
| Plaintiff, | : : : | Civil No. 08-0993 (RMB) |
| v. | : : : | **ORDER** |
| ERIK JASON DEITSCH, RUSSELL THOMAS DIBELLA, HEMANT JAYANTILAL DESAI, RUSSELL H. BATES, RAYMOND JOHN NORTON, HANSFORD HERNDON ROWE, ROBERT MOTTER IRREVOCABLE FAMILY TRUST, MICHAEL W. KWASNIK, CAROL J. KWASNIK, IRREVOCABLE TRUST OF STEVEN C. KWASNIK, STEVEN C. KWASNIK, OPIS MANAGEMENT FUND, LLC, KWASNIK, RODIO, KANOWITZ & BUCKLEY, A NJ Professional Corporation, and LIBERTY STATE FINANCIAL HOLDINGS CORP., | : : : : : : : : : : : : | |
| Defendants. | : : | |

For the reasons set forth in the Opinion issued this date,

IT IS HEREBY **ORDERED** that the Defendant's motion to dismiss Plaintiff's Complaint is **GRANTED**; and

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to close this file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

Dated: September 9, 2008